UNITED STATES DISTRICT COURT

FOR THE CENTAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CV-03001-PA (JCx) |
| Plaintiff, | CONSENT JUDGMENT OF FORFEITURE |
| v. | |
| $143,000.00 IN U.S. CURRENCY, | |
| Defendant. | |
| ALEXANDER MATALLANA, | |
| Claimant. | |

    Plaintiff United States of America ("the government") and the Claimant Alexander Matallana ("Matallana") have made a stipulated request for the entry of this Consent Judgment of Forfeiture, resolving this action in its entirety.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

    1.   This Court has jurisdiction over the subject matter of this

1 action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given and published as required by law. All potential claimants to the defendant currency other than Matallana are deemed to have admitted the allegations of the Complaint for Forfeiture to be true with respect to the defendant currency. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

4. The sum of $71,500.00 only (without interest) shall be returned to Matallana through his counsel. The remainder of the defendant currency (i.e., $71,500.00), plus any interest earned by the government on the entirety of the defendant currency, shall be condemned and forfeited to the United States of America, which shall dispose of the funds in accordance with law.

5. The funds to be returned to Matallana pursuant to paragraph 4, above, shall be paid to Matallana through his counsel by electronic transfer. Matallana and his attorney shall provide all information and complete all documents requested by the government in order to facilitate the transfer including, without limitation, providing Matallana's social security and/or taxpayer identification number, the identity of the bank to receive the transfer, the bank's address, the account name, account number, account type and routing number for the account to which the transfer of funds is to be made.

6. There was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Matallana did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

IT IS SO ORDERED.

Dated: April 19, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

   /s/Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA